```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                            ----oo0oo----

JAMES SANFORD,

          Plaintiff,

v.
                                    No. Civ. S-03-0374 WBS PAN
VICORP RESTAURANTS, INC.,


          Defendants.
_____/    RELATED CASE ORDER

JAMES SANFORD,
                                    No. Civ. S-05-1785 LKK GGH
          Plaintiff,
     v.

VICORP RESTAURANT INC., dba
BAKER'S SQUARE; HOWE &
UNIVERSITY, LLC.,

          Defendants.
_____/

                            ----oo0oo----
```

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997). Both cases involve the same defendants, the same plaintiff and similar issues. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be

1  convenient for the parties.
2          The parties should be aware that relating the cases
3  under Local Rule 83-123 merely has the result that these actions
4  are assigned to the same judge; no consolidation of the actions
5  is effected.
6          IT IS THEREFORE ORDERED that the action denominated
7  Civ. 2-S-05-1785 LKK GGH be, and the same hereby is, reassigned
8  to WILLIAM B. SHUBB for all further proceedings.  Henceforth the
9  captions on all documents filed in the reassigned case shall be
10 shown as Civ. 2-S-05-1785 WBS-PAN and any dates currently set in
11 the reassigned case _only_ are hereby VACATED, and the United
12 States Attorney shall see that the reassigned cases are placed on
13 a regularly scheduled civil calendar of the undersigned judge for
14 status conference.
15         IT IS FURTHER ORDERED that the Clerk of the Court make
16 appropriate adjustment in the assignment of civil cases to
17 compensate for this reassignment.
18         IT IS SO ORDERED.
19 DATED: January 25, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE